## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL J. NOVICK; AND EMILY S. NOVICK,

Appellants,

vs.

SUMMERLIN NORTH COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT COOPERATIVE CORPORATION; CITIMORTGAGE, INC., A NEW YORK CORPORATION; AND CITIBANK, N.A., A NATIONAL BANKING ASSOCIATION,

Respondents.

No. 82434

FILED

APR 08 2021

ELIZ...
CLERK OF...
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting in part and denying in part respondents' motion for summary judgment. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The district court expressly stated in its order that the claim for

breach of the covenant of good faith and fair dealing remains pending. This court lack jurisdiction and

　　　　　ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

cc:　Hon. Mark R. Denton, District Judge
　　　Emily S. Novick
　　　Michael J. Novick
　　　Akerman LLP/Las Vegas
　　　Lipson Neilson P.C.
　　　Eighth District Court Clerk